## Powell, Appellant, *v.* Smith et al.

*Appeals—Judgment—Rule to open—Discretion of court—Abuse.*

An order making absolute a rule to open a judgment entered on a single bill, under seal, is a matter for the discretion of the lower court, and such order will not be reversed if no abuse of discretion appears.

Argued February 11, 1924. Appeal, No. 74, Jan. T., 1924, by plaintiff, from order of C. P. Delaware Co., March T., 1922, No. 562, making absolute rule to open judgment, in case of Edgar W. Powell v. Georgia Curry Smith et al. Before FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ. Affirmed.

Rule to open judgment. Before BROOMALL, J.
The opinion of the Supreme Court states the facts.
Rule absolute. Plaintiff appealed.

*Error assigned* was, inter alia, order, quoting it.

*J. Eugene Walker,* with him *William Taylor,* for appellant.

*John M. Broomall,* for appellees.

PER CURIAM, February 25, 1924:

Plaintiff appealed from an order making absolute a rule to show cause why a judgment entered on a single bill, under seal, should not be opened and defendants allowed to make defense. Upon examination of the record and consideration of the arguments of counsel, we are not convinced the court below abused its discretion in making the order appealed from. See **Tressler v. Emerick,** 278 Pa. 128, and cases there cited.

Appeal dismissed at costs of appellant.